IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jeffrey R. Silverman, | NO. C 09-00543 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Kenneth D. Lewis, et al., | |
| Defendants. | |

Pursuant to the Court's April 7, 2009 Order Granting Defendants Countrywide Home Loans, Inc. and ReconTrust Company, N.A.'s Motion to Dismiss With Prejudice, judgment is entered in favor of Defendants Kenneth D. Lewis, Roland K. Arnold, James F. Taylor, Regina M. Alcomemdras, Laurie I. Smith, Henry M. Paulson Jr., Michael B. Mukasey, Countrywide Home Loans, Inc. and ReconTrust Company, N.A., against Plaintiff Jeffrey R. Silverman.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated:  April 7, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian James Recor brian.recor@bryancave.com
Brian James Recor brian.recor@bryancave.com
Christopher Louis Dueringer cldueringer@bryancave.com
Robert E. Boone reboone@bryancave.com

Jeffrey R. Silverman
416 S. Monroe
San Jose, Ca 95128


**Dated:  April 7, 2009**                                                      **Richard W. Wieking, Clerk**


                                                    **By:      /s/ JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California